Sharon L. Toncray, OSB No. 90397
E-mail: toncray@millernash.com
Miller, Nash LLP
3500 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
Telephone: (503) 224-5858
Fax: (503) 224-0155

Sarah Moore Fass
E-mail: smfass@dbh.com
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
Telephone: (203) 977-7563
Fax: (503) 977-7301

Attorneys for Defendant e-Media, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| STEPHEN A. BAIRD,<br><br>          Plaintiff,<br><br>   v.<br><br>e-MEDIA, LLC, a Connecticut limited liability company,<br><br>          Defendant. | Civil No. 3-01-00907-HU<br><br>**STIPULATION FOR JUDGMENT OF DISMISSAL** |

Page 1 of 2 - Stipulation For Judgment of Dismissal

PDXDOCS:1269209. 1

MILLER NASH LLP
ATTORNEYS AND COUNSELORS AT LAW
TELEPHONE (503) 224-5858
3500 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON 97204-3699

| | |
|---|---|
| 1 | |
| 2 | The parties, through signature of their counsel below, hereby stipulate that |
| 3 | judgment should be entered dismissing this case in its entirety, with prejudice and without costs, |
| 4 | disbursements, or attorney fees to any party. |
| 5 | IT IS SO STIPULATED: |
| 6 | DAWNA F. SCOTT |

*[signature]*
Dawna F. Scott
8 N. State Street, Suite 300
Portland, Oregon 97034

Attorneys for Plaintiff Stephen A. Baird

DAY, BERRY & HOWARD LLP

*[signature]*
Sarah Moore Fass
DAY, BERRY & HOWARD LLP
One Canterbury Green
Stamford, Connecticut 06901-2047

Attorneys for Defendant e-Media, LLC

Submitted by:
Sharon L. Toncray
OSB No. 90397
MILLER NASH LLP
3500 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
Telephone: (503) 224-5858
Fax: (503) 224-0155

SO ORDERED:

*[signature]*
U.S.D.J

Dated: 1/3/02

Page 2 of 2 - Stipulation For Judgment of Dismissal

PDXDOCS:1269209.1

MILLER NASH LLP
ATTORNEYS AND COUNSELORS AT LAW
TELEPHONE (503) 224-5858
3500 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON 97204-3699

1  I hereby certify that I served the foregoing stipulation for judgment of dismissal
2  on:

3  Ms. Dawna F. Scott
   8 N. State Street, Suite 300
4  Lake Oswego, Oregon 97034

5      Attorney for Plaintiff

6

7
   by the following indicated method or methods:
8

9  ☐ by **faxing** full, true, and correct copies thereof to the attorneys at the fax numbers shown above, which are the last-known fax numbers for the attorneys' offices, on the date set forth below. The receiving fax machines were operating at the time of service and the transmissions were properly completed, according to the attached confirmation reports.
10
11

12 ☒ by **mailing** full, true, and correct copies thereof in sealed, first-class postage-prepaid envelopes, addressed to the attorneys as shown above, the last-known office addresses of the attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.
13

14 ☐ by sending full, true and correct copies thereof via **overnight courier** in sealed, prepaid envelopes, addressed to the attorneys as shown above, the last-known office addresses of the attorneys, on the date set forth below.
15

16 ☐ by causing full, true and correct copies thereof to be **hand-delivered** to the attorneys at the attorneys' last-known office addresses listed above on the date set forth below.
17

18 DATED this 16th day of November, 2001.

19

20  _____
    Sharon L. Toncray
21
    Of Attorneys for Defendant
22  e-Media, LLC

23

24

25

26

Page 1 of 1 - Certificate of Service

PDXDOCS:1269209. 1

MILLER NASH LLP
ATTORNEYS AND COUNSELORS AT LAW
TELEPHONE (503) 224-5858
3500 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON 97204-3699